1  **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9  United States of America,              )    CR 06-0361-PHX-SMM
                                          )
10              Plaintiff,                 )
                                          )
11        v.                              )
                                          )       **ORDER**
12                                        )
   Allen Doka,                            )
13                                        )
                Defendant.                )
14                                        )
   _____       )

15

16        Pending before the Court is defendant Allen Doka's Motion to Continue Trial and

17  Motion to Vacate Status Conference.  (Dkt. 13.)  Defendant requests a continuance of the

18  August 1, 2006 trial date because he needs additional time to conduct investigation in the

19  case.  Good cause appearing,

20        **IT IS HEREBY ORDERED GRANTING** Defendant's Motion to Continue Trial

21  pursuant to 18 U.S.C. § 3161(h)(8)(A), and (h)(1)(F).  (Dkt. 13.)  This Court specifically

22  finds, pursuant to 18 U.S.C. §3161(h)(8)(A), that the ends of justice served by granting a

23  continuance of the trial date outweigh the best interest of the public and the defendant in a

24  speedy trial.  This finding is based upon the Court's finding that defense counsel needs

25  more time to conduct investigation in the case.  Thus, the failure to grant the requested

26  continuance would deny counsel for Defendant the reasonable time necessary for effective

27  preparation, taking into account the exercise of due diligence.  18 U.S.C. §

28  3161(h)(8)(B)(iv).

1     **IT IS FURTHER ORDERED** that the trial date be continued from August 1, 2006

2   to <u>Tuesday, October 3, 2006 at 9:00 a.m.</u>

3     **IT IS FURTHER ORDERED GRANTING** Defendant's Motion to **VACATE**

4   the status conference scheduled for July 18, 2006 at 3:30 p.m (dkt. 12).  (Dkt. 13.)

5     **IT IS FURTHER ORDERED** that excludable delay under Title 18 U.S.C. §

6   3161(h)(8)(A) will commence on July 7, 2006 for a total of 88 days.

7     DATED this 10th day of July, 2006.

8

9

10                             Stephen M. McNamee
                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28